TY VANDERFORD, SBN 130492
THOMAS P. CHRISTOPHER, SBN 170166
MARIO M. MENANNO, SBN 206918
ESCOVAR, AVILA, CHRISTOPHER & RUIZ, LLP
221 East Walnut Street, Suite 106, Pasadena, CA 91101
Tel: (626)577-7700     Fax: (626)577-7749

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Brian B. Cochran,

Plaintiff(s),

v.

AIRIS HOLDINGS, LLC; RONALD FACTOR, DAVID KAPLAN, PARAGON WORLD CAPITAL, and DOES 1 through 10, Inclusive

Defendant(s).

**CASE NUMBER**
CV05-1953-ABC(CWx)

**NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P.**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

April 18, 2005
Date

Signature of Attorney/P.
THOMAS P. CHRISTOPHER

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-9 (07/01)     NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)

**PROOF OF SERVICE MAILING LIST**

<u>Brian B. Cochran v. Airis Holdings, LLC, et al.</u>
Case No. CV05-1953-ABC(CWx)

**Attorneys for Defendant,**
<u>**AIRIS HOLDINGS, LLC**</u>

Winn Campbell, Esq.
Carole Riggs, Esq.
CAMPBELL & RIGGS
1980 Post Oak Blvd., Suite 2300
Houston, TX 77056-3810


**Attorneys for Defendant,**
<u>**RONALD FACTOR**</u>

Michael E. Williams, Esq.
QUINN, EMANUEL, URQUHART, OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

Donald R. Looper, Esq.
LOOPER, REED & McGRAW
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056


**Attorneys for Defendants,**
<u>**DAVID KAPLAN and PARAGON WORLD CAPITAL, LLC**</u>

Laurence M. Berman, Esq.
Valerie E. Kincaid, Esq.
BERMAN, MAUSNER & RESSNER
11601 Wilshire Blvd., Suite 600
Los Angeles, CA 90025-1742

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE**<br>CCP Sec. 1013a(3) |
| 2 |  |
| 3 | I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action.  My business address is 221 East Walnut Street, Suite 106, Pasadena, CA 91101. |
| 4 |  |
| 5 | On April 18, 2005, I served the foregoing document described as: **NOTICE OF DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: |
| 6 |  |
| 7 | **SEE ATTACHED MAILING LIST** |
| 8 | **/X/  (BY MAIL)**  I placed the envelope for collection and mailing on the date shown above, at this office, in Pasadena, California, following our ordinary business practices. |
| 9 |  |
| 10 | I am readily familiar with this office's practice of collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid. |
| 11 |  |
| 12 |  |
| 13 | / /  (BY FACSIMILE TRANSMISSION)  I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth below the name(s) of the person(s) set forth above. |
| 14 |  |
| 15 |  |
| 16 | / /  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s). |
| 17 |  |
| 18 | / /  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 19 | **/X/  (FEDERAL)**  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made. |
| 20 |  |
| 21 |  |
| 22 | Executed on April 18, 2005, at Pasadena, California. |
| 23 |  |
| 24 | _____<br>RUBEN ULATE, JR. |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |